# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO. 4:14-mj-092-MSH |
| | : | |
| JOSEPH CASTALDO, | : | |
| | : | |
| Defendant. | : | |

_____

## ORDER ON MOTION FOR RECONSIDERATION

Presently pending before the Court is Defendant's motion for reconsideration of the Court's Order denying Defendant's motion to suppress. (ECF No. 19.) The Court has reviewed the Defendant's motion. For the reasons set forth in the Order denying Defendant's motion to suppress, the motion for reconsideration is likewise denied.

SO ORDERED, this 7th day of January, 2015.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE